■ DAVID CHOTAN, INC., Plaintiff, v NATAN-YA ENTERPRISES CORP., Appellant, ROBERT S. DIGIOSE, Doing Business as PROGRESSIVE MASON, Respondent, et al., Defendant. [757 NYS2d 472] —In an action to foreclose a mechanic's lien, the defendant Natan-Ya Enterprises Corp. appeals from a judgment of the Supreme Court, Nassau County (Rosenblum, R.), entered May 2, 2001, which, after an inquest on the issue of damages on a cross claim against it, is in favor of the defendant Robert S. DiGiose, doing business as Progressive Mason, and against it in the principal sum of $15,000.

Ordered that the judgment is affirmed, with costs.

The damages awarded against the appellant were adequately supported by the evidence adduced at the inquest (*see Wynne v Wagner,* 292 AD2d 447 [2002]; *Slater v Links at N. Hills,* 262 AD2d 299 [1999]; *Perma Pave Contr. Corp. v Paerdegat Boat & Racquet Club,* 156 AD2d 550 [1989]).

The appellant's remaining contentions are without merit. Ritter, J.P., Smith, Krausman and Rivera, JJ., concur.